WALTER N. SMITH et al., Appellants, *v.* WILLIAM O'DWYER, as Mayor of the City of New York, et al., Respondents.

Submitted January 18, 1954; decided March 4, 1954.

*Walter N. Smith,* in person, for motion.

No one opposed.

Motion denied and appeal dismissed, with costs.